Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
3465 Camino Del Rio South, Suite 250
San Diego, CA 92108-3905
(619) 283-3371
Facsimile (619) 282-8900
bernardmhansen@sbcglobal.net

Attorney for Imperial Irrigation District

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA DIVISION)

| | |
|---|---|
| In re<br><br>ENALASYS CORPORATION<br>fka DIGITAL AMERICA, INC.<br><br>       Debtor. | Case No. 8:19-bk-11987-MW<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF ALL NOTICES, PAPERS AND PLEADINGS |

  Bernard M. Hansen hereby appears on behalf of Imperial Irrigation District in the above-captioned bankruptcy case and in all related and related to proceedings and in all contested matters. Mr. Hansen requests service of all notices, papers and pleading to:

Bernard M. Hansen, Esq.
3465 Camino Del Rio South, Suite 250
San Diego, CA 92108-3905

Dated: March 9, 2020           /s/ Bernard M. Hansen
                    Bernard M. Hansen,
                    Attorney for Imperial Irrigation District